AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*April 21, 2026*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Karolina Herrera<br>YOB: 2006<br>COC: United States<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 7:26-mj-01661-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 21, 2026 _____ in the county of _____ Hidalgo _____ in the

___ Southern ___ District of ___ Texas ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a)(1) | Whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 18 USC 1114 while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:

See ATTACHMENT "A"

☑ Continued on the attached sheet.

Approved by AUSA Robert Guerra

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Sworn to before me and signed in my presence.

/S/ Mario Godinez
*Complainant's signature*

Mario Godinez Special Agent HSI
*Printed name and title*

Date: __ April 21, 2026 at 8:47 p.m. __

City and state: _____ McAllen, Texas _____

*Judge's signature*

Scott J. Hacker, U.S. Magistrate Judge
*Printed name and title*

On or about April 21, 2026, Immigration and Customs Enforcement (ICE) deportation officers were conducting an immigration enforcement action near Edinburg, Texas. During the operation, officers encountered a male individual, identified as ALFONSO Herrera (ALFONSO), an alien and non-citizen, who was illegally and unlawfully present in the United States. While ICE deportation officer H.D. was transferring ALFONSO between vehicles, a female, identified as Karolina HERRERA (HERRERA), approached ICE deportation officer H.D. and attempted to interfere with officer H.D.'s official duties, striking him on his uniformed plate carrier. At the time, ICE deportation officers were wearing official vests displaying police insignia and were engaged in the performance of their official duties. ICE deportation officers are designated persons under section 1114 of title 18.

During a post Miranda interview, HERRERA admitted to Homeland Security Investigations (HSI) special agents that she was angry when she struck ICE deportation officer H.D. on his plate carrier during the enforcement action, and that she knew that it was wrong.